IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**AVERY HATTEN**                                                              **PLAINTIFF**

**v.**                                               **CIVIL ACTION NO.: 2:23-cv-168-KS-MTP**

**LAUREL SCHOOL DISTRICT**                                  **DEFENDANT**

---

**Rule 41(a)(1)(A)(ii) Stipulation of Dismissal**

---

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff dismisses with prejudice the Complaint filed against Defendant in the above-captioned civil action. All claims between the parties hereto have been satisfied and released. The Court will retain jurisdiction to enforce the terms of the settlement.

Respectfully submitted, this 25th day of July, 2024.

                                           **Plaintiff**

                                           /s Nick Norris
                                           NICK NORRIS (MSB #101574)

                                           /s Elizabeth Lee Maron
                                           Elizabeth Lee Maron (MSB # 10133)

Nick Norris
Watson & Norris, PLLC
4209 Lakeland Drive # 365
Flowood, MS 39232
Phone: (601) 968-0000
E-mail: nick@watsonnorris.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been filed with the Clerk of Court via the CM/ECF System, which caused noticed of filing to be served on registered counsel.

                                          /s/ Nick Norris_____
                                          NICK NORRIS