UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
Jul 29 2024
Arthur Johnston, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**AVERY HATTEN**                                                                                              **PLAINTIFF**

v.                                                           CIVIL ACTION NO. 2:23-cv-00168-KS-MTP

**LAUREL SCHOOL DISTRICT**                                                                     **DEFENDANT**

### ORDER OF DISMISSAL

This cause comes before the Court *sua sponte,* following a Rule 41(a)(1)(A)(ii) Stipulation of Dismissal [20] filed on July 25, 2024, announcing that the Plaintiff dismisses with prejudice the Complaint in this matter. Accordingly, the Court being desirous of removing this matter from its docket:

IT IS HEREBY ORDERED that all claims pending in this matter are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED that this matter having been concluded, all motions pending in this matter, if any, are hereby denied as moot. The Court shall retain jurisdiction solely for the purpose of enforcing the parties' settlement agreement.

SO ORDERED AND ADJUDGED this 29th day of July, 2024.

/s/ Keith Starrett
KEITH STARRETT
SENIOR UNITED STATES DISTRICT JUDGE